Commonwealth *v.* Patress, Appellant.

Argued April 9, 1974. *Jerome Hahn,* for appellant; *Robert L. Eberhardt,* Assistant District Attorney, with him *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Pedranti, Appellant.

Argued April 8, 1974. *John R. Seltzer,* with him *Jamison & Jones,* for appellant; *Paul W. Johnson,* Assistant District Attorney, with him *Donald E. Williams,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.